**JUDGE CASTEL**



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA               :

      - v. -                           :      07 Cr.

ASHLEY DIXON,                          :     **07 CRIM 1160**

      Defendant.                      :

- - - - - - - - - - - - - - - - x

COUNT ONE

The Grand Jury charges:

On or about November 16, 2007, in the Southern District of New York, ASHLEY DIXON, the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about April 18, 2007, in New York Supreme Court, Bronx County, for criminal possession of a loaded firearm in the third degree, in violation of New York Penal Law 265.02, unlawfully, willfully, and knowingly, did possess in and affecting commerce, a firearm, to wit, a CZ-52 model 7.62 x 25 semi-automatic handgun imported by Intrac, and ammunition, to wit, six rounds of 7.62 x 25 ammunition, which had previously been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Section 922(g)(1).)

_____           _____
FOREPERSON                          MICHAEL J. GARCIA
                                    United States Attorney

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

**- v. -**

**ASHLEY DIXON,**

**Defendant.**

**INDICTMENT**

07 Cr.

(18 U.S.C. § 922(g)(1).)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

Foreperson.

12-13-07