```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

      -against-

ASHLEY DIXON,

      Defendant.

------------------------------------------------------------x

07 CR 1160 (PKC)

ORDER

P. KEVIN CASTEL, U.S.D.J.

Upon the application of government, consented to by defense counsel, the conference previously scheduled for February 26, 2008 is adjourned until March 10, 2008 at 10:00 a.m. in Courtroom 12C. I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial. My reasons for this finding are that the grant of the continuance is needed to permit the government to complete its analysis of the additional evidence relevant to the defendant. Accordingly, the time between today and March 10, 2008 is excluded.

SO ORDERED.

                                             P. Kevin Castel
                                             United States District Judge

Dated: New York, New York
      February 26, 2008